# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TWITTER, )<br>)<br>Defendant, ) | Civ. A. No. 18-1610<br>Judge Nora Barry Fischer<br>Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

AND NOW, this 11th day of February, 2019, after *pro se* Plaintiff Roger Wilson was granted leave to file his Complaint *in forma pauperis*, which he filed on January 9, 2019, (Docket No. [3]) seeking $25 billion in damages against Twitter, claiming violations of 42 USC § 2000A and 18 U.S.C. § 73, and after a Report and Recommendation was filed by the United States Magistrate Judge on January 16, 2019, (Docket No. [6]]), recommending that the Complaint be dismissed, with prejudice, as frivolous pursuant to the screening provisions of 28 U.S.C. § 1915(e)(2) and Plaintiff having failed to file written objections by the established deadline of February 4, 2019, and after conducting a de novo review upon an independent review of the record,

IT IS HEREBY ORDERED that the Report and Recommendation [6] is adopted as the Opinion of this Court;

IT IS FURTHER ORDERED that Plaintiff's Complaint [3] is DISMISSED, with prejudice;

IT IS FURTHER ORDERED that Plaintiff's separately filed Motion for Service by U.S. Marshal [4] is DENIED;

FINALLY, IT IS ORDERED that the Clerk of Court shall mark this case

CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: Roger Wilson
516 Sinclair Street
McKeesport, PA 15132
(via first class mail)